IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY J. KOWALEWSKI and SJK INVESTMENT MANAGEMENT, LLC,<br><br>    Defendants. | Civil Action Number<br><br>2:11-MC-14 |

## NOTICE OF FILING MISCELLANEOUS ACTION

Pursuant to Fed.R.Civ.P. 26 and U.S. District Court, District of South Carolina Local Rule 26, the Receiver, S. Gregory Hays, hereby files the following pleadings originally filed in the United States District Court for the Northern District of Georgia, Case No. 1:11-CV-0056-TCB:

- Complaint for Emergency Injunctive and Other Relief; and
- Order Appointing Receiver and Continuing Asset Freeze.

Dated this 10th day of February, 2011.

2

*David Popowski* (signature)

_____
David Popowski
171 Church Street, Ste. 110
P.O. Box 1064
Charleston, SC 29401-02
843-722-8301     Office
843-722-8309     Fax
lawdpop@aol.com Email

Attorney for the Defendant

Charleston, South Carolina
February 10, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Filing Miscellaneous Action** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record this 10th day of February, 2011.

_____
Christina Messino, Legal
Assistant to David Popowski

February 10, 2011
Charleston, South Carolina